# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 15-2551

———————————————————

Mark Liner

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

————————

Appeal from United States District Court
for the Western District of Arkansas - El Dorado

————————

Submitted: February 10, 2016
Filed: March 7, 2016
[Published]

————————

Before RILEY, Chief Judge, LOKEN and BENTON, Circuit Judges.

————————

PER CURIAM.

Mark Liner applied for disability benefits, complaining of right-shoulder and arm pain. The ALJ found he lacked credibility and denied his application. The

Appeals Council denied Liner's request for review. The district court[1] affirmed. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Reviewed de novo, the agency's decision is affirmed if supported by substantial evidence. *See Pelkey v. Barnhart*, 433 F.3d 575, 577 (8th Cir. 2006). The ALJ concluded Liner has the Residual Functional Capacity (RFC) to perform sedentary work, which "involves lifting no more than 10 pounds at a time and occasionally lifting or carrying articles like docket files, ledgers, and small tools." 20 C.F.R. § 404.1567(a). The ALJ further limited Liner to work involving no overhead reaching with his right arm. Liner argues this did not account fully for his right-shoulder impairment.

The RFC is the most a claimant can do despite limitations. 20 C.F.R. § 404.1545(a). The ALJ considers all relevant evidence, but the final determination must be supported by some medical evidence. *See Wildman v. Astrue*, 596 F.3d 959, 969 (8th Cir. 2010). Liner had right-shoulder surgery in 1990. In 2012, he saw Dr. Jerry Grant for shoulder pain, who found Liner had no right grip strength and a 0-90 degree range of motion. An agency-ordered consultative examination showed "[s]uspect mild degenerative changes" and limited range of motion in the right shoulder, but no muscle atrophy or sensory abnormalities. The examination also showed normal coordination, normal limb function, and normal grip strength. This medical evidence supports the RFC.

\* \* \* \* \* \* \*

The judgment is affirmed.

_____

_____

[1] The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, sitting by consent of the parties pursuant to 28 U.S.C. § 636(c).